[No. 6423–5–II. Division Two. May 29, 1984.]

PHILIP ADAMS, *Appellant,* v. UNIGARD MUTUAL
INSURANCE COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 300185, Thomas A. Swayze, Jr., J., entered
May 27, 1982. *Affirmed* by unpublished opinion per Reed,
J., concurred in by Petrich, C.J., and Worswick, J.

[Nos. 5203–6–III; 5690–2–III. Division Three. May 30, 1984.]

*In the Matter of the Welfare of*
CHRISTINA ROBYN COVERDELL.

ALICE COVERDELL, *Appellant,* v. THE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES,
ET AL, *Respondents.*

Appeals from judgments of the Superior Court for
Columbia County, Nos. J–183, J–186, Yancey Reser, J.,
entered April 29, 1982, and February 2, 1983. *Affirmed* by
unpublished opinion per Thompson, J., concurred in by
Munson, C.J., and Green, J.

[No. 6334–8–III. Division Three. May 30, 1984.]

*In the Matter of the Personal Restraint of*
EDWARD C. SPRINGFIELD, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by
unpublished opinion per Munson, C.J., concurred in by
McInturff and Thompson, JJ.